CLAUDE M. SPERLING, Respondent, v. LEO LICHTENSTEIN, Doing Business under the Firm Name and Style of HARLICH MANUFACTURING COMPANY, Appellant. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

NORMA TAYLOR, Respondent, v. PHILIP PREVER and PREVER TRADING CO., INC., Defendants, Impleaded with STANLEY GOTTFRIED, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

NORMA TAYLOR, Respondent, v. PHILIP PREVER and PREVER TRADING CO., INC., Defendants, Impleaded with STANLEY GOTTFRIED, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer within ten days after service of a copy of order on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

SAMUEL CAMITTA, SR., Respondent, v. SAMUEL CAMITTA, JR., and LOUIS CAMITTA, Appellants.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examinations to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

NEIL LAWRENCE, Respondent, v. ARGUS PICTURES, INC., and FLORENCE V. HARWIN, Appellants, Impleaded with Another, Defendant.— The claim that Mrs. Harwin was attempting to evade service is not sustained by the record. Order unanimously modified by granting the motion of the defendant Florence V. Harwin to vacate the warrant of attachment, and as so modified affirmed, with ten dollars costs and disbursements to said defendant against the respondent, and with ten dollars costs and disbursements to the respondent against appellant, Argus Pictures, Inc., with leave to the defendant Argus Pictures, Inc., to answer or otherwise move with respect to the complaint, within ten days after service of order on payment of said costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

GIBSON DISTILLING COMPANY, Respondent, v. EMPIRE LIQUOR CORPORATION, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ANNE MCBRIEN and Others, Appellants, v. BALDASSARE SANSONE, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ISIDORE HORNICK, Appellant, v. CUB CAB CORP., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of MARTIN J. COHEN, as Administrator, etc., of PAULINE COHEN, Deceased, to Discover Property Withheld. FRANK LEVY and MINNIE LEVY, Appellants; MARTIN J. COHEN, as Administrator, etc., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order.